# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO. 3 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on April 9, 2014, the cause upon appeal to revise or reverse your judgment between

Ernest Mungia, Appellant

V.

Via Metropolitan Transit, Appellee

No. 04-13-00549-CV and Tr. Ct. No. 380931

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED IN PART AND REMANDED. It is ORDERED that Ernest Mungia recover his costs of this appeal from appellee VIA Metropolitan Transit.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 22, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00549-CV

## Ernest Mungia

v.

## Via Metropolitan Transit

(NO. 380931 IN COUNTY COURT AT LAW NO. 3 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | DAVID MONTPAS |
| MOTION FEE | $15.00 | E-PAID | DAVID MONTPAS |
| MOTION FEE | $10.00 | E-PAID | DAVID MONTPAS |
| MOTION FEE | $10.00 | E-PAID | PRITCHARD HAWKIN MCFARLAND |
| SUPPLEMENTAL CLERK'S RECORD | $25.00 | PAID | DEETT DRESCH |
| REPORTER'S RECORD | $523.21 | PAID | LICHE MONIQUE CAVAZOS |
| CLERK'S RECORD | $211.00 | PAID | DEETT DRESCH |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | MILLER & ASSOCIATES |
| FILING | $100.00 | PAID | MILLER & ASSOCIATES |
| INDIGENT | $25.00 | PAID | MILLER & ASSOCIATES |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 22, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853